# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Bayou Steel BD Holdings, L.L.C.<br>    Debtor | Bankruptcy Case No.: 19−12153−KBO<br><br>Bankruptcy Chapter: 7 |
| George L. Miller<br><br>    Plaintiff<br><br>vs.<br><br>Proler Southwest Inc.<br><br>    Defendant(s) | Adv. Proc. No.: 21−50218−KBO |

**ENTRY OF DEFAULT**

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Proler Southwest Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 6/11/21     By: Lisa Brown, Deputy Clerk

(VAN−431)